FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 30 2015

CHRISTOPHER A. PRINE
CLERK_____

IN AND FOR THE : 1ST APPEALS
JUDICIAL DISTRICT COURT
HARRIS COUNTY, TEXAS

THE STATE OF TEXAS

VS

ERIC S TUCKER

CASE # 01-15-00274-CR

## MOTION TO SET ASIDE INDICTMENT ; ARREST JUDGEMENT

TO THE HONORABLE JUDGE OF THE COURT :

NOW COMES, I THE DEFENDANT, ERIC S. TUCKER IN A PRO SE MANNER IN THE ABOVE STYLED CAPACITY, MOTION TO SET ASIDE INDICTMENT; ARREST JUDGEMENT AND ADDRESSES THE COURT AS FOLLOWS:

### I

NO FINDINGS OF DEFENDANTS USAGE OR EXHIBITION ON NARROW EVIDENCE. DISCOVERED EVIDENCE IS OTHER THAN WHAT IM ACCUSED OF

### II

AUTHORITIES DID NOT TAKE PRE CAUTIONS TO AN UNORDINARY SCENE:
~ PRE-CAUTION OF A 3RD PARTY
~ PRE-CAUTION TO CHECK MY CONSUMPTIONS IN PLAIN SIGHT (UNMENTIONED)
~ PRE-CAUTION OF A MERE WORN OFF OR VITAL FREE SUBSTANCE RESIDING IN MY SYSTEM, TO CHECK MY BLOOD (MENTAL) OR TRANSFER TO A HOSPITAL THUS ACKNOWLEDGING MY UNCULPABLE STATE (UNCONSCIOUS) AND THE OFFENSE OTHER THAN WHAT WAS ACCUSED

### III >>>

Tucker, Eric 198 3465
STILES 3060 FM 3514
BEAUMONT, TX 77705
4F31-49T

CHRISTOPHER A PRINE
COURT OF APPEALS FIRST DISTRICT
301 FANNIN STREET
HOUSTON, TEXAS 77002-2066

NORTH HOUSTON TX 773

28 JUL 2015 PM 6 L

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 30 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

7700220665S

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 30 2015

CHRISTOPHER A. PRINE

CLERK _____

IN AND FOR THE: 1ST APPEALS
JUDICIAL DISTRICT COURT
HARRIS COUNTY, TEXAS

THE STATE OF TEXAS

VS

ERIC S TUCKER

CASE # 01-15-00274-CR

## MOTION TO SET ASIDE INDICTMENT; ARREST JUDGEMENT

TO THE HONORABLE JUDGE OF THE COURT:

NOW COMES, I THE DEFENDANT, ERIC S. TUCKER IN A PRO SE MANNER IN THE ABOVE STYLED CAPACITY, MOTION TO SET ASIDE INDICTMENT; ARREST JUDGEMENT AND ADDRESSES THE COURT AS FOLLOWS:

### I

NO FINDINGS OF DEFENDANTS USAGE OR EXHIBITION ON NARROW EVIDENCE. DISCOVERED EVIDENCE IS OTHER THAN WHAT IM ACCUSED OF

### II

AUTHORITIES DID NOT TAKE PRE CAUTIONS TO AN UNORDINARY SCENE:

~ PRE-CAUTION OF A 3RD PARTY

~ PRE-CAUTION TO CHECK MY CONSUMPTIONS IN PLAIN SIGHT (UNMENTIONED)

~ PRE-CAUTION OF A MERE WORN OFF OR VITAL FREE SUBSTANCE RESIDING IN MY SYSTEM, TO CHECK MY BLOOD (MENTAL) OR TRANSFER TO A HOSPITAL THUS ACKNOWLEDGING MY UNCULPABLE STATE (UNCONSCIOUS) AND THE OFFENSE OTHER THAN WHAT WAS ACCUSED

### III  > > >

## III

CONSTITUTIONAL PREJUDICE ON ~VARIOUS~ LEVELS, TRANSCRIPTS AND GROUNDS COVER: INSUFFICIENCY OF COUNSEL, PROSECUTORIAL MISCONDUCT, INTER-PRETING JUDGEMENT RESULTING NEGLEGENCE OF DEFENDANTS INNOCENSE

RESPECTFULLY SUBMITTED
ERIC S TUCKER 1983465
STILES 3060 FM 3514
BEAUMONT, TX 77705
4F31-49T

TUCKER, Eric 1983465
STILES 3360 FM 3514
BEAUMONT, TX 77705
4F31-49T

NORTH HOUSTON TX 770

29 JUL 2015 PM6 1

CHRISTOPHER A PRINE
COURT OF APPEALS FIRST DISTRICT
301 FANNIN STREET
HOUSTON, TEXAS 77002 - 2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 30 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

7700220066599